JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>　　　Plaintiff and Counterdefendant,<br><br>vs.<br><br>TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation, and GENERA CORP., a California corporation,<br><br>　　　Defendants and Counterclaimants. | Case No.:  8:21-CV-00959-JLS-ADS<br><br>**ORDER STAYING MATTER UNTIL FINAL DETERMINATION IN U.S. INTERNATIONAL TRADE COMMISSION PROCEEDING** |

　　　The parties have filed a stipulation to stay this action in its entirety until a final determination by the U.S. International Trade Commission ("ITC") in the parallel proceeding *Certain Replacement Automotive Lamps II*, Inv. No. 337-TA-1292 ("the ITC Proceeding").  (Doc. 43.)  Good cause appearing, the Court HEREBY GRANTS the stipulation of the parties and ORDERS that:

This action is STAYED in its entirety until a final determination by the ITC in the ITC Proceeding, including exhaustion of all appeals.

**IT IS SO ORDERED.**

Dated: January 24, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE