CHRISTOPHER T. HOLLAND (SBN 164053)
PEI HSIEN REN (SBN 294252)
**HOLLAND LAW LLP**
220 Montgomery Street, Suite 800
San Francisco, California 94104
Telephone:  (415) 200-4980
Facsimile:   (415) 200-4989
cholland@hollandlawllp.com

ANTHONY CAPOBIANCO (SBN 162551)
DEREK WALLEN (SBN 214477)
**CAPOBIANCO LAW OFFICES, P.C.**
41990 Cook Street, Bldg. F, Suite 2006
Palm Desert, California, 92211
Telephone:  (760) 568-6500
Facsimile:   (760) 568-0100
acapobiance@capobiancolaw.com

*Attorneys for Defendants/Counterclaimants*
TYC BROTHER INDUSTRIAL CO., LTD. and
GENERA CORP.

MANNI LI (SBN 273984)
mli@meimark.com
**MEI& MARK LLP**
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678
Facsimile: 310-564-2769

Edward J. Naidich (*pro hac vice*)
enaidich@meimark.com
K. Kevin Mun (*pro hac vice*)
kmun@meimark.com
**MEI & MARK LLP**
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

1

JOINT REPORT PURSUANT TO COURT ORDER STAYING MATTER UNTIL FINAL
DETERMINATION IN U.S. ITC PROCEEDING
CASE NO.:  8:21-cv-00959-JLS-ADS

*Attorneys for Plaintiff*
HYUNDAI MOTOR COMPANY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation, and GENERA CORP., a California corporation,<br><br>    Defendants and Counterclaimants. | Case No.: 8:21-CV-00959-JLS-ADS<br><br>**JOINT REPORT PURSUANT TO COURT ORDER STAYING MATTER UNTIL FINAL DETERMINATION IN U.S. INTERNATIONAL TRADE COMMISSION PROCEEDING** |

    Pursuant to the Court's January 24, 2022 Order Staying Matter Until Final Determination in U.S. International Trade Commission ("ITC") Proceeding (Dkt. 44) and the Court's directive therein that every ninety (90) days, the parties submit a joint status report updating the Court as to the status of the parallel proceeding *Certain Replacement Automotive Lamps II*, Inv. No. 337-TA-1292 ("the ITC Proceeding"), Plaintiff Hyundai Motor Company and Defendants TYC Brother Industrial Co., Ltd. and Genera Corporation, by and through their undersigned counsel of record, hereby report jointly as follows:

    The ITC Proceeding is ongoing and the stay should therefore continue. The parties will update the Court again in ninety (90) days pursuant to the

aforementioned Order, on or about July 25, 2022.

                                            Respectfully submitted,

Dated: April 25, 2022            HOLLAND LAW LLP

                                      By: /s/Christopher T. Holland
                                             CHRISTOPHER T. HOLLAND
                                           Attorneys for Defendants/Counterclaimants
                                           TYC BROTHERS INDUSTRIAL CO.,
                                           LTD., and GENERA CORP.

Dated: April 25, 2022            MEI AND MARK LLP

                                        By: /s/Edward J. Naidich
                                             EDWARD J. NAIDICH
                                           Attorneys for Plaintiff/Counterdefendant
                                           HYUNDAI MOTOR COMPANY

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from counsel for Plaintiff Hyundai Motor Company.

Dated:     April 25, 2022                  /s/Christopher T. Holland
                                                        CHRISTOPHER T. HOLLAND

3

JOINT REPORT PURSUANT TO COURT ORDER STAYING MATTER UNTIL FINAL DETERMINATION IN U.S. ITC PROCEEDING
CASE NO.: 8:21-cv-00959-JLS-ADS