**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR COMPANY, a Korean corporation,<br><br>　　Plaintiff and Counterdefendant,<br><br>vs.<br><br>TYC BROTHER INDUSTRIAL CO., LTD., a Taiwanese corporation, and GENERA CORP., a California corporation,<br><br>　　Defendants and Counterclaimants. | Case No.: 8:21-CV-00959-JLS-ADS<br><br>**ORDER REGARDING STAY** |

    This action is stayed pursuant to a prior order of the Court. (*See* Doc. 44.) The parties need not continue to file 90-day status reports with the Court, but shall file a status report no later than 10 days after a final determination in the ITC Proceeding, including exhaustion of all appeals. In that report, the parties shall propose a schedule for this litigation.

    **IT IS SO ORDERED.**

Dated: January 30, 2023

　　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1